SEYFARTH SHAW LLP
Carolyn A. Knox (SBN 181317)
Agnes P. Leung (SBN 236635)
cknox@seyfarth.com; aleung@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
THE GROUP PLAN FOR NEW YORK LIFE EMPLOYEES,
LONG TERM DISABILITY and CIGNA LIFE INSURANCE
COMPANY OF NEW YORK

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| LOU ANNE VARGAS, | ) Case No. C06-00498 MMC |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING |
| v. | ) |
| CIGNA LIFE INSURANCE COMPANY, the appropriate named fiduciary of the NEW YORK LIFE EMPLOYEE LTD PLAN, NEW YORK LIFE LTD PLAN | ) |
| Defendant. | ) |

Plaintiff LOU ANNE VARGAS has agreed to extend the time in which Defendant THE GROUP PLAN FOR NEW YORK LIFE EMPLOYEES, LONG TERM DISABILITY ("PLAN") (erroneously sued as NEW YORK LIFE EMPLOYEE LTD PLAN) must file its responsive pleading in this matter. The summons and complaint initiating this action were first received by the PLAN on February 22, 2006. Accordingly, a responsive pleading would normally be due to the court on or before March 14, 2006. Defendant CIGNA LIFE INSURANCE COMPANY OF NEW YORK (erroneously sued as CIGNA LIFE INSURANCE COMPANY) has not yet been served with a copy of the summons and complaint. Defendants will be represented by the same counsel and seek to file one set of responsive pleadings.

///

///

1

Stipulation and [Proposed] Order Extending Time / Case No. C06-00498 MMC

1     The parties have agreed that a responsive pleading will be due on or before April 14,
2 2006, an extension of time that will not prevent the parties from complying with the Court's
3 initial case management schedule.
4     The parties request the court's approval of this stipulation to extend time through its'
5 signature below.

6 Dated: March 21, 2006                   LIPTON HALLBAUER

7

8                                   By _____
                                           Mark H. Lipton
9

10                                  Attorneys for Plaintiff
                                 LOU ANNE VARGAS
11

12 Dated: March 23, 2006                   SEYFARTH SHAW LLP

13

14                                   By _____
                                           Carolyn A. Knox
15

16                                  Attorneys for Defendants
                                 THE GROUP PLAN FOR NEW YORK
17                                  LIFE EMPLOYEES,
                                 LONG TERM DISABILITY and CIGNA
18                                  LIFE INSURANCE
                                 COMPANY OF NEW YORK
19

20

21     **IT IS SO ORDERED** that a responsive pleading shall be due to the court on or before
22 April 14, 2006.
23 Dated: March 27, 2006                 _____
24                                  Honorable Maxine M. Chesney
                                 United States District Court Judge
25

26

27

28

Stipulation and [Proposed] Order Extending Time / Case No. C06-00498 MMC