| | |
|---|---|
| 1 | LIPTON & HALLBAUER |
| 2 | Mark H. Lipton (SBN 51010) |
|   | liptonapc@aol.com |
| 3 | 1380 Lead Hill Blvd., Suite 106 |
|   | Roseville, CA 95661 |
| 4 | Telephone: (916) 652-2221 |

Attorneys for Plaintiff
LOU ANNE VARGAS

SEYFARTH SHAW LLP
Carolyn A. Knox (SBN 181317)
cknox@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
THE GROUP PLAN FOR NEW YORK LIFE EMPLOYEES,
LONG TERM DISABILITY and CIGNA LIFE INSURANCE
COMPANY OF NEW YORK

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU ANNE VARGAS | Case No. C06-00498 MMC |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED.R.CIV.P. 41(a) AND ORDER** |
| CIGNA LIFE INSURANCE COMPANY OF NEW YORK, NEW YORK LIFE EMPLOYEE LTD PLAN | |
| Defendant. | |

Plaintiff LOU ANNE VARGAS and Defendants THE GROUP PLAN FOR NEW YORK LIFE EMPLOYEES, LONG TERM DISABILITY (erroneously sued as NEW YORK LIFE EMPLOYEE LTD PLAN) and CIGNA LIFE INSURANCE COMPANY OF NEW YORK have reached a resolution of this matter.  The parties agree to dismiss this action in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a).  Each party shall bear its own fees and costs.

/ / /

The parties seek the Court's approval of dismissal of this action with prejudice through the order listed *infra*.

DATED: July 3, 2006                     LIPTON & HALLBAUER

By /s/ Mark H. Lipton
       Mark H. Lipton
Attorneys for Plaintiff
LOU ANNE VARGAS

DATED: July 5, 2006                     SEYFARTH SHAW LLP

By /s/ Carolyn A. Knox
       Carolyn A. Knox
Attorneys for Defendants
THE GROUP PLAN FOR NEW YORK LIFE EMPLOYEES, LONG TERM DISABILITY (erroneously sued as NEW YORK LIFE EMPLOYEE LTD PLAN) and CIGNA LIFE INSURANCE COMPANY OF NEW YORK

**IT IS SO ORDERED** that this case is dismissed with prejudice and the parties will bear their own fees and costs.

DATED: July 7, 2006

_____
Honorable Maxine M. Chesney
District Court Judge